# EXHIBIT 2

...



**CT Corporation**
**Service of Process Notification**
10/24/2023
CT Log Number 544999214

## Service of Process Transmittal Summary

**TO:** Damien Atkins, Chief Legal Officer
Aura Group Inc
250 NORTHERN AVE FL 3
BOSTON, MA 02210-2027

**RE:** Process Served in Massachusetts

**FOR:** Aura Sub, LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: NATHAN BRINTON // To: Aura Sub, LLC |
| **CASE #:** | None Specified |
| **NATURE OF ACTION:** | Product Liability Litigation |
| **PROCESS SERVED ON:** | C T Corporation System, Boston, MA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 10/24/2023 at 14:45 |
| **JURISDICTION SERVED:** | Massachusetts |
| **ACTION ITEMS:** | CT will retain the current log |
| | Image SOP |
| | Email Notification,  Damien Atkins  damien@aura.com |
| | Email Notification,  Ling-Ling Nie  lingling.nie@aura.com |
| | Email Notification,  Sara Jones  sara.jones@aura.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
155 Federal Street
Suite 700
Boston, MA 02110
866-539-8692
CorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



## PROCESS SERVER DELIVERY DETAILS

**Date:** Tue, Oct 24, 2023
**Server Name:** Drop Service

| Entity Served | AURA SUB, LLC |
|---|---|
| Case Number | NONE |
| Jurisdiction | MA |

| Inserts | | |
|---|---|---|
| | | |



Nathan Brinton, Pro Se Plaintiff

31606 NE 134th Ct,
Battle Ground, WA 98604
360-702-7846
natebrinton@gmail.com

SUPERIOR COURT FOR THE STATE OF WASHINGTON

FOR THE COUNTY OF CLARK

| | |
|---|---|
| NATHAN BRINTON,<br><br>    Plaintiff,<br><br>vs.<br><br>AURA SUB, a DELAWARE LIMITED LIABILITY COMPANY,<br>JOHN DOES 1-10, INCLUSIVE,<br><br>    Defendants. | Case No.:<br><br>SUMMONS (60 DAYS) |

    TO THE DEFENDANT: A lawsuit has been started against you in the above entitled court by Nathan Brinton, plaintiff. Plaintiff's claim is stated in the written complaint, a copy of which is served upon you with this summons.

    In order to defend against this lawsuit, you must respond to the complaint by stating your defense in writing, and by serving a copy upon the person signing this summons within 60 days after the service of this summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where plaintiff is entitled to what she or he asks for because you have not responded. If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

    You may demand that the plaintiff file this lawsuit with the court. If you do so, the demand must be in writing and must be served upon the person signing this summons. Within 14 days

SUMMONS - 1

after you serve the demand, the plaintiff must file this lawsuit with the court, or the service on you of this summons and complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This summons is issued pursuant to rule 4 of the Superior Court Civil Rules of the State of Washington.

Dated October 22nd, 2023.

—DocuSigned by:

*Nathan Brinton*

6280F0D479F54B7...

Nathan Brinton, Pro Se Plaintiff
(360) 702-7846
31606 NE 134th Ct,
Battle Ground WA, 98604

SUMMONS - 2