SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR CLARK COUNTY

| | |
|---|---|
| NATHAN BRINTON,<br><br>Plaintiff,<br><br>v.<br><br>AURA SUB, a Delaware limited liability company; JOHN DOES 1-10, inclusive,<br><br>Defendants. | No.<br><br>NOTICE TO CLERK OF SUPERIOR COURT OF REMOVAL<br><br>(Clerk's Action Required) |

TO:   The Clerk of the Superior Court of the State of Washington for Clark County

NOTICE IS HEREBY GIVEN, pursuant to 28 U.S.C. § 1446(d), that on November 27, 2023, Defendant Aura Sub LLC filed in the United States District Court for the Western District of Washington a Notice of Removal of the above-titled action. A copy of the Notice of Removal is attached as Exhibit A.

Pursuant to 28 U.S.C. § 1446(d), removal is effective with the filing of such notice, and the State Court is to proceed no further unless and until the case is remanded.

NOTICE TO CLERK OF
SUPERIOR COURT OF REMOVAL –1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Dated: November 27, 2023

By: s/ *Erik B. Kundu*

Abdul K. Kallon, WSBA No. 60719
AKallon@perkinscoie.com
Erik B. Kundu, WSBA No. 56746
Ekundu@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Dennis C. Hopkins (*pro hac vice* forthcoming)
dhopkins@perkinscoie.com
**Perkins Coie LLP**
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: 212.262.6900
Facsimile: 212.977.1649

*Attorneys for Defendant Aura Sub LLC*

NOTICE TO CLERK OF
SUPERIOR COURT OF REMOVAL –2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000