UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| NATHAN BRINTON,<br><br>                Plaintiff,<br><br>    v.<br><br>AURA SUB, a Delaware limited liability company; JOHN DOES 1-10, inclusive,<br><br>                Defendants. | No. 3:23-cv-6084<br><br>AURA SUB LLC'S DISCLOSURE STATEMENT |

Defendant Aura Sub LLC, pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, provides the following disclosure statement:

Aura Sub LLC is wholly owned subsidiary of Aura Holdco LLC. Aura Holdco LLC is a wholly owned subsidiary of Aura Group, Inc. Aura Group, Inc. is a publicly held Delaware corporation that has no parent corporation. As of November 27, 2023, the following entities filed Schedule 13Gs with the U.S. Securities and Exchange Commission disclosing ownership of ten percent or more of Aura Group, Inc.'s stock:

- WndrCo Holdings, LLC
- Warburg Pincus Global Growth Partners
- Grapevine, LLC
- General Catalyst Group, L.P.

DEFENDANT'S CORPORATE
DISCLOSURE STATEMENT –1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Aura Sub LLC's sole member is Aura Holdco LLC. Aura Holdco LLC's sole member is Aura Group, Inc. Aura Group, Inc. is a citizen of Delaware and Massachusetts.

Dated: November 27, 2023

By: s/ *Erik B. Kundu*

Abdul K. Kallon, WSBA No. 60719
akallon@perkinscoie.com
Erik B. Kundu, WSBA No. 56746
ekundu@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Dennis C. Hopkins (*pro hac vice* forthcoming)
dhopkins@perkinscoie.com
**Perkins Coie LLP**
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: 212.262.6900
Facsimile: 212.977.1649

*Attorneys for Defendant Aura Sub LLC*

DEFENDANT'S CORPORATE
DISCLOSURE STATEMENT – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000